19232. DOWNS *v.* FARMERS & MERCHANTS BANK OF JACKSON.

BELL, J. This case is controlled by the companion case of *McClure* v. *Farmers & Merchants Bank of Jackson,* ante, 753.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*